IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIELLE WOLINSKY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 09-3985 |
| | : | |
| A&M TRANSIT LINES, INC., et al., | : | |
|     Defendants | : | |

**O R D E R**

**AND NOW,** this   2nd   day of November, 2009, upon consideration of the motion to dismiss filed by Defendants Francisco C. Martinez, Greyhound Lines, Inc., and Laidlaw International, Inc. (Document #7), and the plaintiff's response thereto (Document #11), it is hereby ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that the plaintiff shall file an amended complaint setting forth a factual basis for her claim against each of the moving defendants within twenty days of the date of this Order.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.